# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| ALVIS MASSEY | § |
| | § |
| v. | §   Case No. 6:13-cv-401 |
| | § |
| AVANTEUSA, LTD. | |

## FINAL JUDGMENT

In accordance with the Plaintiff's notice of voluntary dismissal with prejudice, it is hereby **ORDERED, ADJUDGED, and DECREED** that final judgment be entered in this case.

All relief not previously granted is hereby DENIED.

**It is SO ORDERED.**

**SIGNED this 22nd day of May, 2014.**

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE